No. 93–5680. Vance v. Havens. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–5684. Stephenson v. Pennsylvania. Super. Ct. Pa. Certiorari denied.

No. 93–5685. Spencer v. United States. C. A. 2d Cir. Certiorari denied.

No. 93–5688. Williams v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 93–5689. Ward v. Demosthenes, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 93–5697. Losacco v. F. D. Rich Construction Co., Inc. C. A. 1st Cir. Certiorari denied.

No. 93–5698. Ramage et al. v. Villines et al. C. A. 8th Cir. Certiorari denied.

No. 93–5709. Herron v. Ratelle, Warden. C. A. 9th Cir. Certiorari denied.

No. 93–5714. Jones v. United States. C. A. 11th Cir. Certiorari denied.

No. 93–5719. Neal v. Maryland Department of Economic and Employment Development. Ct. App. Md. Certiorari denied.

No. 93–5720. Martinez v. Poole, Warden. C. A. 9th Cir. Certiorari denied.

No. 93–5721. Quarles v. Scuderi et al. C. A. 3d Cir. Certiorari denied.

No. 93–5723. McClintock v. Gomez, Director, California Department of Corrections. C. A. 9th Cir. Certiorari denied.

No. 93–5725. Vollbrecht v. Wisconsin. Ct. App. Wis. Certiorari denied.